IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

OSCAR IVAN VAZQUEZ TINOCO,        *

        Petitioner,        *

v.                                    Case No.  4:26-cv-775-CDL-AGH

                              *         28 U.S.C. § 2241

Warden, STEWART DETENTION CENTER,
et al.,                          *

        Respondents.       *

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 4, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 4th day of June, 2026.

                                David W. Bunt, Clerk

                                s/ Ashley N. Yates, Deputy Clerk